UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-00492-D

| | |
|---|---|
| EICES RESEARCH, INC., ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| LG ELECTRONICS, INC., LG ) | |
| ELECTRONICS U.S.A., INC., LG ) | |
| ELECTRONICS MOBILECOMM U.S.A., ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

Before the Court is Odyssey Wireless, Inc.'s unopposed motion for the Court to direct the clerk to modify the caption of Cause No. 5:14-cv-00492-D to read as follows: Odyssey Wireless, Inc., Plaintiff, v. LG Electronics, Inc., LG Electronics U.S.A., Inc., LG Electronics MobileComm U.S.A., Inc., Defendants. Upon review of the unopposed motion, the Court is of the opinion that it should be **GRANTED**.

JAMES C. DEVER III
Chief United States District Judge